Kevin J. Scanlan
ISB #5521; kjs@dukescanlan.com
Bryan A. Nickels
ISB #6432; ban@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendants*
V:\Client Files\16\16-016 Taylor\Pleadings\Dismiss-Defendants-Motion.docx

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TAYLOR and VERONICA J. TAYLOR, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign corporation, LOTSOLUTIONS, INC., a foreign corporation, CHARTIS, INC. a foreign corporation, AIG CLAIMS, INC., a foreign corporation, formerly known as CHARTIS CLAIMS, INC., WELLS FARGO BANK, N.A. a foreign corporation, DOES I through X, and BUSINESS ENTITIY DOES I through X, <br><br> Defendants. | Case No. 4:14-cv-00079-BLW <br><br> **DEFENDANTS' MOTION FOR PARTIAL DISMISSAL** |

COME NOW Defendants, through their counsel of record, and, pursuant to Federal Rules

of Civil Procedure 9(b), 12(b)(2), and 12(b)(6), and District of Idaho Local Civil Rule 7.1, move

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL – 1**

this Court for an order dismissing all claims asserted against Defendants Chartis, Inc. and AIG Claims, Inc. with prejudice. Defendants also move this Court for an order dismissing Counts Two, Three, Four, and Five of Plaintiffs' Amended Complaint (Doc. No. 10) with prejudice.

This motion should be granted for the reasons set forth in the memorandum of points and authorities and declaration filed concurrently herewith.

**ORAL ARGUMENT IS REQUESTED.**

DATED this 20th day of June, 2014.

                              DUKE SCANLAN & HALL, PLLC

                              By    /s/  Kevin J. Scanlan
                                  Kevin J. Scanlan – Of the Firm
                                  Bryan A. Nickels – Of the Firm
                                  *Attorneys for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June, 2014, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Jarom A. Whitehead | ☐ U.S. Mail |
| Brian J. Hilverda | ☐ Overnight Mail |
| PEDERSEN AND WHITEHEAD | ☐ Hand Delivery |
| 161 5th Avenue South, Suite 301 | ☐ Facsimile (208) 734-2772 |
| P.O. Box 2349 | ☒ ECF/Email |
| Twin Falls, Idaho 83303-2349 | jwhitehead@pedersen-law.com |
| Telephone (208) 734-2552 | bhilverda@pedersen-law.com |
| *Attorneys for Plaintiffs Robert Taylor and Veronica Taylor* | |

                                       /s/ Kevin J. Scanlan
                                       Kevin J. Scanlan

**DEFENDANTS' MOTION FOR PARTIAL DISMISSAL – 3**