Jarom A. Whitehead, ISB #6656
jwhitehead@pedersen-law.com
Brian J. Hilverda, ISB #7952
bhilverda@pedersen-law.com
PEDERSEN and WHITEHEAD
161 5th Ave. S., Suite 301
P. O. Box 2349
Twin Falls, ID  83303-2349
208-734-2552 (Telephone)
208-734-2772 (Facsimile)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TAYLOR and VERONICA J. TAYLOR, husband and wife,<br><br>        Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign corporation, LOTSOLUTIONS, INC., a foreign corporation, CHARTIS, INC., a foreign corporation, AIG CLAIMS, INC., a foreign corporation, formerly known as CHARTIS CLAIMS, INC., WELLS FARGO BANK, N.A., a foreign corporation,  and JOHN DOES I through X, and BUSINESS ENTITY DOES I through X,<br><br>        Defendants. | Case No. **4:14-cv-00079-BLW**<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL** |

COME NOW the parties, through their undersigned counsel of record, and hereby stipulate and agree that the deadline for Plaintiffs to respond to Defendants' Motion for Partial

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL - 1

Dismissal (Doc. No. 11) is extended until **July 28, 2014**.

DATED this 11th day of July, 2014.

        PEDERSEN and WHITEHEAD

        By _/s/ Jarom A. Whitehead_
          Jarom A. Whitehead, ISB #6656
          Attorneys for Plaintiffs

DATED this 11th day of July, 2014.

        DUKE SCANLAN & HALL, PLLC

        By _/s/ Bryan A. Nickels_
          Bryan A. Nickels, ISB #6432
          Attorneys for Defendants

PEDERSEN AND WHITEHEAD
Attorneys at Law
161 5th Avenue South, Suite 301
P.O. Box 2349
Twin Falls, ID 83303-2349
Telephone: 208-734-2552

STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL - 2