UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TAYLOR and VERONICA J. TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, *et. al.*,<br><br>Defendants. | Case No. 4:14-cv-00079-BLW<br><br>**AMENDED ORDER** |

The Court has before it the parties' Stipulation for Filing of Third Amended Complaint, and to Extend Discovery Deadlines (Dkt. 21). The Court will grant the request to file the third amended complaint. The Court will extend deadlines, but not to the extent requested by the parties – the Court finds that a shorter extension is appropriate. Accordingly,

**IT IS ORDERED:**

1. The parties' Stipulation for Filing of Third Amended Complaint, and to Extend Discovery Deadlines (Dkt. 21) is **GRANTED in part** and **DENIED in part**.

2. Plaintiffs shall immediately file their third amended complaint.

3. The following deadlines will be extended as noted:

   a. Dispositive Motion Deadline: **April 25, 2016**.

   b. Amendment of Pleadings and Joinder of Parties: **November 16, 2015**.

   c. Alternative Dispute Resolution Plan: **May 9, 2015**.

   d. Completion of Discovery: **February 29, 2016**.

   e. Disclosure of Experts:

      i. Plaintiffs: **November 9, 2015**.

      ii. Defendants: **December 21, 2015**.

      iii. Rebuttal: **January 18, 2016**.

DATED: **April 17, 2015**

B. LYNN WINMILL
Chief U.S. District Court Judge