Kenneth L. Pedersen, ISB #1436
klpedersen@pedersen-law.com
Jarom A. Whitehead, ISB #6656
jwhitehead@pedersen-law.com
Michael J. Hanby, II, ISB #7997
michael@pedersen-law.com
PEDERSEN and WHITEHEAD
161 5th Ave. S., Suite 301
P. O. Box 2349
Twin Falls, ID  83303-2349
208-734-2552 (Telephone)
208-734-2772 (Facsimile)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| ROBERT TAYLOR and VERONICA J. TAYLOR, husband and wife, | Case No. **4:14-cv-00079-BLW** |
|---|---|
| Plaintiffs, | **PLAINTIFFS' MOTION TO COMPEL** |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign corporation, LOTSOLUTIONS, INC., a foreign corporation, AIG CLAIMS, INC., a foreign corporation, formerly known as CHARTIS CLAIMS, INC., WELLS FARGO BANK, N.A., a foreign corporation,  and JOHN DOES I through X, and BUSINESS ENTITY DOES I through X, | |
| Defendants. | |

COME NOW the Plaintiffs, by and through their counsel of record, and request that the Court issue its order pursuant to Rules 26, 33, 34 and 37 F.R.C.P. compelling Defendants

PLAINTIFFS' MOTION TO COMPEL - 1

National Union Fire Insurance Company of Pittsburgh, P.A., LOTSolutions, Inc., AIG Claims, Inc., and Wells Fargo Bank, N.A. (collectively, "Defendants") to completely produce documents, witnesses and other discoverable material in this case.

DATED this 30th day of October, 2015.

PEDERSEN and WHITEHEAD

By /s/ Michael J. Hanby II
Michael J. Hanby II, ISB #7997
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2015, I served a copy of the foregoing PLAINTIFFS' MOTION TO COMPEL on *CM/ECF* Registered Participants as reflected on the Notice of Electronic Filing as follows:

Kevin J. Scanlan, ISB #5521
Email: kjs@dukescanlan.com
Bryan A. Nickels, ISB #6432
Email: ban@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
P. O. Box 7387
Boise, Idaho 83707

/s/ Michael J. Hanby II
Michael J. Hanby II

PEDERSEN AND WHITEHEAD
*Attorneys at Law*
161 5th Avenue South, Suite 301
P.O. Box 2349
Twin Falls, ID 83303-2349
Telephone: 208-734-2552

PLAINTIFFS' MOTION TO COMPEL - 2