Kevin J. Scanlan
ISB #5521; kjs@dukescanlan.com
Bryan A. Nickels
ISB #6432; ban@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendants*
V:\Client Files\16\16-016 Taylor\Pleadings\Dismiss-Stip.docx

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TAYLOR and VERONICA J. TAYLOR, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a foreign corporation, LOTSOLUTIONS, INC., a foreign corporation, CHARTIS, INC. a foreign corporation, AIG CLAIMS, INC., a foreign corporation, formerly known as CHARTIS CLAIMS, INC., WELLS FARGO BANK, N.A. a foreign corporation, DOES I through X, and BUSINESS ENTITIY DOES I through X,<br><br>Defendants. | Case No. 4:14-cv-00079-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR ENTRY OF A JUDGMENT** |

COME NOW the parties, by and through their respective undersigned counsel of record, and hereby stipulate to the dismissal of this action pursuant to Federal Rule of Civil Procedure

STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR ENTRY OF A JUDGMENT - 1

41(a)(1) with prejudice and with each party to bear their own costs and fees, and for the entry of a judgment reflecting such dismissal with prejudice.

DATED this 5th day of February, 2016.

        PEDERSEN AND WHITEHEAD

        By_____
        Kenneth L. Pedersen – Of the Firm
        Jarom A. Whitehead – Of the Firm
        *Attorneys for Plaintiffs Robert Taylor and Veronica Taylor*

DATED this 5th day of February, 2016.

        DUKE SCANLAN & HALL, PLLC

        By_____
        Kevin J. Scanlan – Of the Firm
        *Attorneys for Defendants*

STIPULATION FOR DISMISSAL WITH PREJUDICE AND REQUEST FOR ENTRY OF A JUDGMENT - 2