UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TAYLOR and VERONICA TAYLOR,<br><br>                Plaintiffs,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et. al.*,<br><br>                Defendants. | Case No. 4:14-cv-00079-BLW<br><br>**ORDER** |

      The Court has before it the parties' Stipulation To Dismiss with Prejudice (Dkt. 38). Good cause appearing, the Court will grant the stipulation and dismiss this case in its entirety with prejudice.

**ORDER**

    **IT IS ORDERED:**

    1.    The parties' Stipulation To Dismiss with Prejudice (Dkt. 38) is

**GRANTED**, and this case is dismissed, with prejudice.

2. The Court will issue a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: **February 8, 2016**

B. LYNN WINMILL
Chief U.S. District Court Judge