UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT TAYLOR and VERONICA TAYLOR,, | |
| | Case No. 4:14-cv-00079-BLW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et. al.*, | |
| Defendants. | |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be

entered and that this case be dismissed in its entirety, with prejudice.

DATED:  **February 8, 2016**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

**JUDGMENT - 1**